IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APOLLO GROUP, INC. SECURITIES LITIGATION | ) ) ) ) ) ) 06-MC-0558 (CKK) ) ) ) ) ) |
| This Document Relates To: Subpoena Action | ) ) ) |

### RESPONDENT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND TESTIMONY FROM UNITED STATES DEPARTMENT OF EDUCATION

Respondent, the Department of Education, by and through its attorney, respectfully moves the Court, pursuant to Fed. R. Civ. P. 6, for additional time until, Friday, January 19, 2007, to oppose Plaintiff's Motion To Compel the Production of Documents and Witnesses. Respondent's opposition is currently due on Friday, December 29, 2006. Undersigned counsel has discussed this matter with counsel for Petitioner, Kristopher Diulio, who has indicated that he will not consent to this request for enlargement, due to a discovery deadline in the underlying case filed in California. The granting of this motion will not require the rescheduling of any other due dates in this action, as a scheduling order has not yet been entered.

There is good cause for this motion. Respondent's counsel was never formally served with the Motion to Compel and did not receive a copy of it until late in the evening of Wednesday, December 20, 2006. In addition, although Respondent's counsel was known to the petitioner's counsel and has been assigned the task of representing the Department of Education in this Subpoena matter since July of 2006, the petitioners never involved Respondent's counsel

RECEIVED
DEC 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

in any discussions pertaining to the issues involved in this motion. In fact, since July, the petitioners have been silent regarding the issues raised in their motion. These issues were never raised with Respondent's counsel. Moreover, counsel has additional responsibilities, which include: preparing for trial in for trial in <u>Simpson v. Thompson,</u> Civ. Act. No. 03-1123 (PLF), scheduled for January 10, 2007; as well as preparing supplemental discovery answers in <u>Kalil v. Mike Johanns</u>, Civ. Act. No. 01-2194 (RJL); taking depositions in <u>Daniels v. Bruce R. James, Public Printer</u>, Civ. Act. No. 05-2455 (GK); filing a Reply in <u>Wiggins v. EOUSA</u>, Civ. Act. No. 05-2332 (RCL); and preparing a Motion to dismiss in <u>Keller v. Dept. of State</u>, Civ. Act. No. 06-0816 (RMC). This, along with the Christmas holidays have made it extremely difficult to fully confer with Department of Education personnel in order to understand what the issues of contention are and what documents or parts thereof are not being released and why.

Accordingly, undersigned counsel, is requesting this additional time until January 19, 2007, to confer with the Petitioners, complete the Respondent's opposition and obtain agency input. This motion is not for delay but for good cause shown.

Respectfully submitted,

/s/ Jeffrey A. Taylor (duh)
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/ Rudolph Contreras (duh)
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 305-1334

## CERTIFICATE OF SERVICE

I certify that the foregoing Motion for extension of Time was served upon Plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Kristopher P. Diulio, Esq.
Gibson Dunn and Crutcher LLP
4 Park Plaza
Suite 1400
Irvine, CA 92614

and

VIA Facsimile - (949) 451-4220

on this 29th day of December, 2006.

_____
Heather Graham-Oliver