IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE APOLLO GROUP, INC. SECURITIES LITIGATION** | )<br>)<br>)<br>)<br>) 06-MC-0558 (CKK)<br>)<br>)<br>) |
| **This Document Relates To: Subpoena Action** | )<br>)<br>) |

**RESPONDENT'S MOTION FOR EXTENSION OF TIME
TO REPLY TO OPPOSITION TO CROSS-MOTION TO QUASH**

Respondent, the Department of Education, by and through its attorney, respectfully moves the Court, pursuant to Fed. R. Civ. P. 6, for additional time until Tuesday, February 6, 2007, to Reply to Petitioner's Opposition to Cross-Motion to Quash. Respondent's reply is currently due on today's date, February 5, 2007. Undersigned counsel has discussed this matter with counsel for Petitioner, Kristopher Diulio, who has consented to the one (1) day extension. The granting of this motion will not require the rescheduling of any other due dates in this action, as a scheduling order has not yet been entered.

There is good cause for this motion. Respondent's counsel had a brief due in the Court of Appeals on Monday, February 5, 2007 in <u>DeRose v. Department of State</u>, District of Columbia , Ct. Of Appeals Case No. 06-5111 and was unable to meet the filing deadline for the Reply in the instant matter.

Accordingly, undersigned counsel, is requesting this one (1) day extension of time until February 6, 2007, to complete the Respondent's reply and obtain agency input.    This motion is not for delay but for good cause shown.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334

## **CERTIFICATE OF SERVICE**

_____I certify that the foregoing Motion for extension of Time was served upon Plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

Kristopher P. Diulio, Esq.
Gibson Dunn and Crutcher LLP
4 Park Plaza
Suite 1400
Irvine, CA 92614

and

VIA Facsimile - (949) 451-4220

on this 5th day of February, 2007.

_____
Heather Graham-Oliver

_____