UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE APOLLO GROUP, INC.
SECURITIES LITIGATION

Misc. Action No. 06-558 (CKK)
(D. Ariz., Case No. CV-04-2147-PHX-JAT)

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 12th day of March, 2007, hereby

**ORDERED** that [7] Apollo Group, Inc.'s ("Apollo") Motion to Strike the Woodward Declaration and portions of the Talbert Declaration shall be DENIED; it is further

**ORDERED** that [11] Apollo's Motion for Leave to File a Sur-Reply Brief in Opposition to Respondent, the Department of Education's (the "DOE"), Motion to Supplement its Cross-Motion to Quash shall be GRANTED; it is further

**ORDERED** that [13] Apollo's Motion to Strike the DOE's Motion to Supplement Reply Brief shall be DENIED; it is further

**ORDERED** that the DOE shall produce a privilege log that allows Apollo and the Court to assess the DOE's claims of privilege as to the documents sought in Apollo's Amended Subpoena *duces tecum*, dated July 3, 2006. The Court further suggests that the parties engage in discussions as to whether it may be possible to expedite the production of the DOE's privilege log by limiting its scope; it is further

**ORDERED** that, on or before April 11, 2007, the parties shall propose to the Court a plan for the DOE's production of an appropriate privilege log, including when the DOE will

produce a privilege log and the nature and scope of the privilege log to be produced.

**SO ORDERED.**

                                                  */s/*
                                       COLLEEN KOLLAR-KOTELLY
                                       United States District Judge