IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APOLLO GROUP, INC. SECURITIES LITIGATION | )<br>)<br>)<br>)<br>) 06-MC-0558 (CKK)<br>)<br>)<br>) |
| This Document Relates To: Subpoena Action<br>(D. Ariz., Case No. CV-04-2147-PHX-JAT) | )<br>)<br>) |

### MOTION FOR A ONE DAY EXTENSION OF TIME FOR THE PARTIES TO PROPOSE TO THE COURT A PLAN FOR THE DEPARTMENT OF EDUCATION'S PRODUCTION OF A PRIVILEGE LOG

Pursuant to this Court's Order of March 12, 2007, the parties have engaged in discussions pertaining to the Department of Education's (DOE) production of a privilege log and whether it may be possible to expedite the production of the DOE's privilege log by limiting its scope. A proposed plan has been drafted. However, there have been substantive changes to what was originally agreed upon by the parties. Accordingly, the parties seek a one day extension of time to facilitate additional discussion with the preferred goal of filing a Joint Plan. This additional time will also determine whether resolution regarding the substantive change that Apollo counter-proposed tonight is possible. If no resolution can be agreed upon, the DOE will file its own plan that presumably will be contested by Apollo. In that regard, the one additional day is requested to resolve these issues. Counsel for Apollo has no objection to the filing of this

motion.

                                          Respectfully submitted,

                                          /s/

JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

                                          /s/

RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

                                          /s/

HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334