IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APOLLO GROUP, INC. SECURITIES LITIGATION<br><br>This Document Relates To:  All Actions | Case No. 06-MC-0558 (CKK)<br><br>(D. Ariz., Case No. CV-04-2147-PHX-JAT) |

**MOTION FOR LEAVE TO FILE ON APRIL 12, 2007 A PLAN FOR**
**THE PRODUCTION OF THE DEPARTMENT OF EDUCATION'S PRIVILEGE LOG**

On March 12, 2007, this Court ordered the parties to file by April 11, 2007 a plan for the production of a privilege log by the United States Department of Education ("Department"). The parties continue to confer to develop a joint plan and, thus, the Department filed on April 11, 2007 a motion for a one-day extension of time for the parties to propose a plan. Apollo Group, Inc. ("Apollo") joins in that motion, but disagrees with the Department's characterization that the delay has been caused by Apollo rescinding a final agreement of the parties. The parties have proposed and counter-proposed plans that have included modifications or changes from the prior proposals, and the parties have not yet reached a final agreement. As set forth below, Apollo immediately sought to confer with the Department upon receipt of the Court's March 12, 2007 Order and has continued to accommodate the Department throughout the parties' negotiations.

Following receipt of the Court's March 12, 2007 order, Apollo contacted the Department via letter on March 14, 2007 with a proposed plan. Counsel for the Department responded via email on March 16, 2007, indicating that she was unavailable to discuss the matter until April 4, 2007. Apollo attempted – unsuccessfully – to discuss the matter with the Department during the

week of March 16, 2007, but was told that Apollo must wait until the Department's litigation counsel was available during the first week of April.

On March 28, 2007, the Department responded to Apollo's March 14, 2007 letter by rejecting Apollo's proposed plan and requesting an April 4, 2007 in-person meeting to discuss a schedule and potential compromise. Although Apollo believed the Department's questions could have been addressed quickly over the telephone, Apollo agreed to the Department's request for an April 4, 2007 meeting.

At the April 4, 2007 meeting, the parties discussed their mutual concerns, as well as a potential schedule for the production of the privilege log. After close of business on Friday April 6, 2007, the Department sent a letter proposing to narrow the scope of the subpoena and proposing a schedule for the production of a privilege log. On Monday April 9, 2007, Apollo contacted the Department seeking to clarify details of the Department's April 6 proposal. The Department responded to Apollo's questions on Tuesday April 10, 2007 and the Department agreed to create a draft plan for comments by Apollo. The Department emailed its draft plan to Apollo on April 10, 2007. Apollo responded to the Department's draft plan with redlined comments on April 11, 2007, followed by a telephone call to counsel for the Department. The parties were unable to resolve their concerns in time to file a joint plan on April 11, 2007.

The parties continue to confer to develop a joint plan and thus have each asked for a one-day extension. If the parties are unable to resolve their concerns and develop a joint plan, Apollo will file a proposed plan for the production of a privilege log on April 12, 2007, which the Department will likely contest.

                                                Respectfully Submitted,

Dated:  April 12, 2007                    /s/ Jason J. Mendro

                                                Jason J. Mendro, DC Bar No. 482040
                                                GIBSON, DUNN & CRUTCHER LLP
                                                1050 Connecticut Avenue, N.W.
                                                Washington, DC 20036
                                                Telephone:  (202) 955-8500
                                                Facsimile:  (202) 467-0539

                                                Wayne W. Smith
                                                Joseph P. Busch, III
                                                Kristopher P. Diulio
                                                GIBSON, DUNN & CRUTCHER LLP
                                                4 Park Plaza, Suite 1400
                                                Irvine, CA 92614
                                                Telephone:  (949) 451-3800
                                                Facsimile:  (949) 451-4220

                                                Attorneys for Defendant Apollo Group, Inc.

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I have caused to be served a true and correct copy of the Defendant Apollo Group Inc.'s Motion For Leave To File On April 12, 2007 A Plan For The Production of the Department of Education's Privilege Log by regular U.S. mail this 12th day of April, 2007, upon the following:

| | |
|---|---|
| Stephen R. Basser<br>Samuel M. Ward<br>Barrack, Rodos & Bacine<br>402 W. Broadway, Ste. 850<br>San Diego, CA 92101<br>sbasser @barrack.com<br>sward@barrack.com | Heather D. Graham-Oliver<br>United States Department of Justice<br>Judiciary Center Building<br>555 4th Street, N.W.<br>Washington, DC 20530<br>heather.graham-oliver@usdoj.gov |
| Andrew S. Friedman<br>Bonnett, Fairbourn, Friedman & Balint<br>2901 North Central Ave., Suite 1000<br>Phoenix, AZ 85012<br>afriedman@bffb.com | General Counsel<br>United States Department of Education<br>Office of the General Counsel<br>400 Maryland Avenue, S.W., Room<br>4083, FOB-6<br>Washington, DC 20202-2100 |

                                                    _____/s/Dena Kennedy_____
                                                          Dena Kennedy