IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APOLLO GROUP, INC. SECURITIES LITIGATION<br><br>This Document Relates To:  All Actions | Case No. 06-MC-0558 (CKK)<br><br>(D. Ariz., Case No. CV-04-2147-PHX-JAT) |

## BRIEF IN RESPONSE TO ORDER OF APRIL 16, 2007

Defendant Apollo Group, Inc. ("Apollo"), by and through its undersigned counsel, respectfully submits this brief in response to this Court's Order of April 16, 2007 ("April 16 Order").

On March 12, 2007, this Court ordered the United States Department of Education ("Department") to produce a privilege log that allows the Court and Apollo to assess the Department's claims of privilege.  March 12, 2007 Order at 1.  The Court also suggested that the parties engage in discussions to speed the Department's response by limiting the scope of the documents sought by Apollo.  *Id.*

Following the Court's March 12 Order, the parties engaged in negotiations to expedite the Department's production of a privilege log.  These negotiations resulted in the Joint Agreement that was filed on April 12, 2007, and adopted by the Court on April 16, 2007.  In the Joint Agreement, the Department agreed to produce documents and privilege logs for certain categories of documents, and Apollo agreed to narrow the scope of documents being sought.

The parties also set forth a briefing schedule to resolve any disputes regarding the Department's privilege log.  Joint Agreement at 4-5.  Apollo requested expedited briefing in an effort to ensure that any dispute would be resolved before the end of summary judgment briefing

in the underlying securities class action in Arizona federal district court, in which opposition briefs are due on May 11, 2007, and reply briefs are due on June 8, 2007. Specifically, as it applies to this filing, the parties agreed that: "Within five calendar days of receipt of the Department's final Privilege Log for Categories 5 and 6 (due on or before April 30, 2007), Apollo may file a brief challenging the Department's inclusion of any documents or categories of documents on its Privilege Log." Joint Agreement at 4-5.

Although the Joint Agreement required the Department to produce final privilege logs for categories five and six by April 30, 2007, the Department has not yet served its final privilege logs. The Department has, however, served preliminary privilege logs and the parties are currently negotiating to resolve their disagreements concerning the Department's privilege logs and document productions.

There remains an urgent need for Apollo to obtain these document as part of its defense in the securities class action. But given the parties' ongoing negotiations, it would be premature for Apollo to challenge the sufficiency of the Department's privilege logs and document production at this specific moment. Accordingly, Apollo respectfully requests that this Court modify its April 16 Order by striking the reference to April 30, 2007, to allow Apollo to challenge the contents of the Department's privilege log within five days of the Department serving its final privilege logs.

Counsel for the Department has no objection to this request.

Respectfully submitted,

Dated: May 7, 2007

/s/ Melanie L. Katsur
Melanie L. Katsur (D.C. Bar No. 484969)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.

Washington, DC 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539


Wayne W. Smith
Joseph P. Busch, III
Daniel P. Muino
Kristopher P. Diulio
GIBSON, DUNN & CRUTCHER LLP
4 Park Plaza, Suite 1400
Irvine, CA 92614
Telephone: (949) 451-3800
Facsimile: (949) 451-4220

Attorneys for Defendant Apollo Group, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused to be served a true and correct copy of the Defendant Apollo Group Inc.'s Brief In Response To Order Of April 16, 2007 by regular U.S. mail this 7th day of May, 2007, upon the following:

Stephen R. Basser
Samuel M. Ward
Barrack, Rodos & Bacine
402 W. Broadway, Ste. 850
San Diego, CA 92101
sbasser@barrack.com
sward@barrack.com

Andrew S. Friedman
Bonnett, Fairbourn, Friedman & Balint
2901 North Central Ave., Suite 1000
Phoenix, AZ 85012
afriedman@bffb.com

Heather D. Graham-Oliver
United States Department of Justice
Judiciary Center Building
555 4th Street, N.W.
Washington, DC 20530
heather.graham-oliver@usdoj.gov

General Counsel
United States Department of Education
Office of the General Counsel
400 Maryland Avenue, S.W., Room 4083, FOB-6
Washington, DC 20202-2100


 /s/ Kristopher Diulio
Kristopher Diulio