## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APOLLO GROUP, INC. SECURITIES LITIGATION | ) ) ) ) ) 06-MC-0558 (CKK) ) ) ) |
| This Document Relates To: Subpoena Action | ) ) ) |

## RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PETITIONER'S SUPPLEMENTAL BRIEF TO COMPEL THE DEPARTMENT OF EDUCATION TO SUPPLEMENT ITS DOCUMENT PRODUCTION OF CATEGORY FIVE AND SIX DOCUMENTS

The Respondent, Department of Education (Department), in the above-captioned case hereby moves, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for an extension of time until June12, 2007, within which to file its opposition to Apollo's Supplemental Brief to Compel the Department to Supplement its Document Production of Category Five and Six Documents.  The Department's Reply is currently due on Monday, June 4, 2007.  Apollo will not oppose this Motion for an extension.

In accordance with the April 12, 2007 Joint Agreement, the Department has made a number of discretionary releases of documents producing over 1000 pages of information.  The Department released information to Apollo on April 13, 2007, April 18, 2007, April 25, 2007 and April 30, 2007.  After rolling productions of the category 5 and 6 privilege logs, the Department provided a final privilege log to Apollo on April 30, 2007 that was later revised and updated per Apollo's request on May 14, 2007.  Furthermore, upon receiving information from Apollo regarding witnesses that have identified themselves, the Department released additional

information to Apollo on May 7, 2007, May 16, 2007 and May 23, 2007.  Finally, the

Department continues to produce updated privilege logs of category 2 documents to Apollo

weekly.  Thus far, the Department made productions of the category 2 privilege log to Apollo on

April 30, 2007, May 7, 2007, May 14, 2007, May 21, 2007 and May 29, 2007.  The final

category 2 privilege log will be completed by June 7, 2007.

However, additional time is needed for the opposition to Apollo's Motion.  The

undersigned counsel will be in trial during the week of Monday, June 4, 2007, in an Age

Discrimination case entitled Simpson v. Leavitt, Civ. Act. No. 03-1123 (PLF).  This trial is

scheduled to last one week.  This request is based upon good cause shown and not to cause

undue delay of the proceedings.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334

2

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE APOLLO GROUP, INC. SECURITIES LITIGATION** | **)** |
| | **)** |
| | **)** |
| | **)** |
| | **) 06-MC-0558 (CKK)** |
| | **)** |
| | **)** |
| | **)** |
| **This Document Relates To: Subpoena Action** | **)** |
| | **)** |
| | **)** |

## <u>ORDER</u>

_____**ORDERED** that Defendant's Motion for an extension of time should be and hereby is

GRANTED.

_____
UNITED STATES DISTRICT JUDGE