IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APOLLO GROUP, INC. SECURITIES LITIGATION<br><br><br>This Document Relates To: Subpoena Action | )<br>)<br>)<br>)<br>) 06-MC-0558 (CKK)<br>)<br>)<br>)<br>)<br>)<br>) |

**RESPONDENT'S MOTION FOR AN ADDITIONAL DAY EXTENSION OF TIME
TO FILE OPPOSITION TO PETITIONER'S SUPPLEMENTAL BRIEF TO COMPEL**

The Respondent, Department of Education (Department), in the above-captioned case hereby moves, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for an additional one day extension of time until June 13, 2007, within which to file its opposition to Apollo's Supplemental Brief to Compel the Department to Supplement its Document Production of Category Five and Six Documents.  Apollo will not oppose this Motion for an extension, under the condition that no further extensions be requested.

Although a draft has been completed, additional time is needed so that all internal reviews can be accomplished as is necessary pursuant to the Department of Justice's internal policies pertaining to matters to be filed in Court.  On the evening of June 12, 2007, it became clear to undersigned counsel that due to the complexity of the issues, she would not be able to complete her consultation with agency counsel in time to allow for adequate final review of the opposition by June 12, 2007.  This request is based upon good cause shown and not to cause undue delay of the proceedings.

Respectfully submitted,

/s/
_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 305-1334

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APOLLO GROUP, INC. SECURITIES LITIGATION | )<br>)<br>)<br>)<br>) 06-MC-0558 (CKK)<br>)<br>)<br>) |
| This Document Relates To: Subpoena Action | )<br>)<br>) |

## ORDER

_____**ORDERED** that Defendant's Motion for an additional one (1) day extension of time should be and hereby is GRANTED.

_____
UNITED STATES DISTRICT JUDGE