IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APOLLO GROUP, INC. SECURITIES LITIGATION ) ) ) ) ) ) ) ) ) **This Document Relates To: Subpoena Action**   ) ) ) | 06-MC-0558 (CKK) |

**RESPONDENT'S MOTION FOR AN ADDITIONAL EXTENSION OF TIME
TO FILE OPPOSITION TO PETITIONER'S SUPPLEMENTAL BRIEF TO COMPEL**

The Respondent, Department of Education (Department), in the above-captioned case hereby moves, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for an additional extension of time until Friday, June 15, 2007, within which to file its opposition to Apollo's Supplemental Brief to Compel the Department to Supplement its Document Production of Category Five and Six Documents. Apollo opposes this Motion for an extension.

This request is based upon good cause shown and not to cause undue delay of the proceedings. It was recently discovered this morning that the declarant, who is necessary to establish the deliberative process privilege, will be out of the office until Friday, June 15, 2007. The declarant, Mr. Kent D. Talbert is the General Counsel of the Department of Education. Under 20 U.S.C. § 3472, he, as General Counsel, has been delegated the authority by the Secretary of the Department to assert the deliberative process privilege with respect to documents and statements created, maintained or related to Departmental functions for which he holds delegated authority. Further, Mr. Talbert is familiar with this matter. Accordingly, the Respondent is requesting the additional time to file its opposition.

Respectfully submitted,

/s/

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/

_____
HEATHER D. GRAHAM-OLIVER
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 305-1334

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APOLLO GROUP, INC. SECURITIES LITIGATION | )<br>)<br>)<br>)<br>) 06-MC-0558 (CKK)<br>)<br>)<br>) |
| This Document Relates To: Subpoena Action | )<br>)<br>) |

# ORDER

_____**ORDERED** that Defendant's Motion for an additional two (2) day extension of time should be and hereby is GRANTED.

_____
UNITED STATES DISTRICT JUDGE