IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE APOLLO GROUP, INC. SECURITIES LITIGATION

This Document Relates To: All Actions

Case No. 06-MC-0558 (CKK)

(D. Ariz., Case No. CV-04-2147-PHX-JAT)

## RESPONSE TO THE DEPARTMENT OF EDUCATION'S THIRD MOTION FOR EXTENSION OF TIME TO FILE ITS SUPPLEMENTAL BRIEF

Defendant Apollo Group, Inc. ("Apollo"), by and through its undersigned counsel, respectfully responds to the Department of Education's ("Department") motion for a third extension of time to file its supplemental brief.

Following the Court's March 12 Order on Apollo's Motion to Compel, the parties engaged in negotiations that resulted in the Joint Agreement that was filed on April 12, 2007 and adopted by the Court on April 16, 2007. In the Joint Agreement, the Department agreed to produce documents and privilege logs for certain categories of documents, and Apollo agreed to narrow the scope of the documents being sought. The parties also explicitly agreed to a briefing schedule for Apollo to challenge the Department's category five and six privilege logs, with Apollo's brief due within five days of receiving final versions of those privilege logs. The Department agreed to file its responsive brief within 11 calendar days of Apollo's brief.

Apollo filed its brief challenging the Department's category five and six privilege logs on May 21, 2007. According to the terms of the parties' Joint Agreement, the Department's brief was due June 4, 2007. On June 1, 2007, the Department requested an eight day extension—until June 12, 2007—to file its brief. Although Apollo had an urgent need to resolve these discovery

issues, it did not oppose the Department's request based on the Department's representation that additional time was needed to respond to Apollo's brief.

On June 12, 2007, the Department requested its second extension of time—until June 13, 2007—to file its brief. In that request, the Department stated that additional time was necessary to "complete consultation with agency counsel." As a further accommodation to the Department, Apollo did not oppose this request, although counsel for Apollo informed counsel for the Department that given the time sensitivity of the situation, Apollo would oppose any additional requests.

The Department has now, on June 13, 2007—nine days after the Department's brief was due to the Court—requested its third extension of time. The Department claims it needs until Friday, June 15, 2007, to file its brief. According to the Department, this extension is necessary because the Department's General Counsel, Kent M. Talbert, is unavailable to execute a declaration. The Department, however, failed to consult with Apollo to determine whether it could file Mr. Talbert's declaration without objection at a later date. Apollo would have been happy to accommodate the Department's request, assuming the Department filed its brief on June 13, 2007, the date agreed to by the parties. However, on the June 13, 2007—the date the Department's brief was due—the Department ambushed Apollo by filing for the first time a motion stating that Mr. Talbert's unavailability as the basis for its request for an extension. The Department also states in its motion that Apollo opposes this third request for an extension of time. Again, Apollo was not specifically consulted regarding this third extension prior to the Department filing its motion.

There remains an urgent need for Apollo to obtain the documents in question as part of its defense in the securities class action. Accordingly, the Department should have filed its brief on

2

June 13, 2007—the date agreed to by the parties—especially since the Department has already received two extensions of time unopposed by Apollo. The Department should not—to the detriment of Apollo—be permitted to unilaterally take a third extension of time, especially since had the Department consulted with Apollo, Apollo would have happily allowed the Department to file Mr. Talbert's declaration on June 15, 2007, which is the date the Department claims Mr. Talbert is available. The Department's dilatory behavior is especially inappropriate given that counsel for the Department and Apollo conferred only one day ago, on June 12, 2007. Accordingly, although Apollo would not have objected to the Department filing Mr. Talbert's declaration on June 15, 2007, given the Department's dilatory behavior, and given that the Department failed to specifically confer with Apollo's counsel regarding Mr. Talbert's declaration prior to filing the Department's third request for an extension of time, Apollo respectfully requests that the Department's response to Apollo's Motion to Compel not be considered.

The rules of procedure must be respected by all parties—including by the Department. The Department has proceeded in such a fashion so as to disregard the rules; it has behaved as if its Motion for Extension of Time will be granted as a foregone conclusion. Apollo strongly believes that under the circumstances, the Department's untimely brief should not be considered. The Department should rest on its already submitted pleadings and declaration.

                                        Respectfully Submitted,

Dated: June 14, 2007

                                        Melanie L. Katsur (D.C. Bar No. 484969)
                                        GIBSON, DUNN & CRUTCHER LLP
                                        1050 Connecticut Avenue, N.W.
                                        Washington, DC 20036
                                        Telephone: (202) 955-8500
                                        Facsimile: (202) 467-0539

Wayne W. Smith
Joseph P. Busch, III
Daniel P. Muino
Kristopher P. Diulio
GIBSON, DUNN & CRUTCHER LLP
4 Park Plaza, Suite 1400
Irvine, CA 92614
Telephone:  (949) 451-3800
Facsimile:  (949) 451-4220

Attorneys for Defendant Apollo Group, Inc.

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I have caused to be served a true and correct copy of the Defendant Apollo Group Inc.'s RESPONSE TO THE DEPARTMENT OF EDUCATION'S THIRD MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL BRIEF by regular U.S. mail this 14th day of June, 2007, upon the following:

| | |
|---|---|
| Stephen R. Basser<br>Samuel M. Ward<br>Barrack, Rodos & Bacine<br>402 W. Broadway, Ste. 850<br>San Diego, CA 92101<br>sbasser @barrack.com<br>sward@barrack.com | Heather D. Graham-Oliver<br>United States Department of Justice<br>Judiciary Center Building<br>555 4th Street, N.W.<br>Washington, DC 20530<br>heather.graham-oliver@usdoj.gov |
| Andrew S. Friedman<br>Bonnett, Fairbourn, Friedman & Balint<br>2901 North Central Ave., Suite 1000<br>Phoenix, AZ 85012<br>afriedman@bffb.com | General Counsel<br>United States Department of Education<br>Office of the General Counsel<br>400 Maryland Avenue, S.W., Room 4083, FOB-6<br>Washington, DC 20202-2100 |

/s/ Dena Kennedy
Dena Kennedy