UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APOLLO GROUP, INC. SECURITIES LITIGATION | Misc. Action No. 06-558 (CKK) (D. Ariz., Case No. CV-04-2147-PHX-JAT) |

**ORDER**
(May 19, 2008)

The pending motion in this case has been on the docket long enough that there may have been intervening changes in the facts or the applicable case law. The Court requires the parties to provide it with any additional information on factual and legal developments that the parties believe are material to the Court's consideration of the pending motion. Accordingly, it is this 19th day of May, 2008, hereby

**ORDERED** that, on or before May 26, 2008, each party shall file a notice with the Court detailing any updated information with respect to the pending motion in this case.

**SO ORDERED**.

          /s/
COLLEEN KOLLAR-KOTELLY
United States District Judge