UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APOLLO GROUP, INC. SECURITIES LITIGATION | Misc. Action No. 06-558 (CKK) (D. Ariz., Case No. CV-04-2147-PHX-JAT) |

**ORDER**
(June 20, 2008)

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 20th day of June, 2008, hereby

**ORDERED** that Apollo's [1] Motion to Compel Production of Documents from United States Department of Education is DENIED; it is further

**ORDERED** that the Department of Education's [5] Cross-Motion to Quash is GRANTED; it is further

**ORDERED** that the instant case is DISMISSED in its entirety.

**SO ORDERED.**

*This is a final, appealable Order.*

                                                           /s/
                                                COLLEEN KOLLAR-KOTELLY
                                                United States District Judge