IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE APOLLO GROUP, INC. SECURITIES LITIGATION<br><br>This Document Relates To:  All Actions | Case No. 06-MC-0558 (CKK)<br>(D. Ariz., Case No. CV-04-2147-PHX-JAT) |

### APOLLO GROUP, INC.'S NOTICE OF APPEAL

Notice is hereby given this 15th day of August, 2008, that Apollo Group, Inc. ("Apollo"), by and through counsel, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the order of this Court entered on the 20th of June, 2008, in favor of the United States Department of Education, denying Apollo's Motion to Compel Production of Documents.

Dated: August 15, 2008

Respectfully Submitted,

_____
Douglas R. Cox, DC Bar No. 459668
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone:  (202) 955-8500
Facsimile:  (202) 467-0539

Wayne W. Smith
Joseph P. Busch, III
Kristopher P. Diulio
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612
Telephone:  (949) 451-3800
Facsimile:  (949) 451-4220

*Attorneys for Defendant Apollo Group, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused to be served a true and correct copy of Apollo Group Inc.'s NOTICE OF APPEAL by regular U.S. mail this 15th day of August, 2008, upon the following:

Stephen R. Basser, Esq.
Samuel M. Ward, Esq.
Barrack, Rodos & Bacine
402 W. Broadway, Ste.
San Diego, CA 92101
sbasser@barrack.com
sward@barrack.com

Andrew S. Friedman, Esq.
Bonnett, Fairbourn, Friedman & Balint
2901 North Central Ave., Suite 1000
Phoenix, AZ 85012
afriedman@bffb.com

Heather D. Graham-Oliver, Esq.
United States Department of Justice
Judiciary Center Building
850 555 4th Street, N.W.
Washington, DC 20530
heather.graham-oliver@usdoj.gov

The Honorable Kent Talbert
General Counsel
United States Department of Education
Office of the General Counsel
400 Maryland Avenue, S.W., Room 4083, FOB-6
Washington, DC 20202-2100

_____
Thomas M. Johnson, Jr.